IN THE UNITED STATES DISTRICT
COURT EASTERN DISTRICT OF
MISSOURI EASTERN DIVISION

| | |
|---|---|
| **GAYLE N. ROBBINS**        ) | |
| ) | |
| **Plaintiff,**        ) | |
| ) | Case No.   4:15-CV-1360-HEA |
| Vs.        ) | |
| ) | |
| ) | |
| ) | **JURY TRIAL DEMANDED** |
| **FORD MOTOR COMPANY**        ) | |
| ) | |
| **Defendant.**        ) | |

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF AND TO STAY DEADLINES

Pursuant to Federal Rule of Civil Procedure 7(b), and to Missouri Rule of Professional Conduct 4-1.16, Patrick M. Ardis, Kip E. Whittemore and Daniel V. Parish of Wolff Ardis, P.C., and Daniel T DeFeo of DeFeo and Kolker, LLC, move this Court for permission to withdraw their appearances on behalf of the Plaintiff Gayle Robbins (the "Plaintiff").  Plaintiff has been notified of his counsels' intent to withdraw.  Good cause exists for filing this motion, because professional considerations require termination of the representation.

Because this matter is set for trial on August 21, 2017, Plaintiff moves this Court to stay all deadlines to give Plaintiff a reasonable amount of time to find new counsel.

Attached as Exhibit 1 is a proposed Order on the Motion to Withdraw as Counsel for Plaintiff and to Stay Deadlines.

## CERTIFICATE OF CONSULTATION

Counsel has consulted with counsel for Ford Motor Company, and Ford has no objection to the withdrawal of Patrick M. Ardis, Kip E. Whittemore and Daniel V. Parish of Wolff Ardis, P.C., and Daniel T DeFeo of DeFeo and Kolker, LLC.

Counsel for Ford does object to a stay of this matter.

Respectfully Submitted,

*/s/ Patrick M. Ardis*

Patrick M. Ardis, MO Bar # 53961
Kip E. Whittemore TN Bar # 029953
Daniel V. Parish TN Bar # 027452
*Admitted pro hack vice*
Wolff Ardis, P.C.
5810 Shelby Oaks Dr.
Memphis, TN 38134
Telephone: (901)-763-336
Facsimile: (901)-763-3376
pardis@wolffardis.com
kwhittemore@wolffardis.com
dparish@wolffardis.com

Daniel T. DeFeo, MO #35161
DeFeo and Kolker, LLC
1627 Main St., Suite 801
Kansas City, MO 64108
Telephone:  (816)581-4600
Facsimile:  (816)581-4646
ddefeo@defeokolker.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

       I, Patrick M. Ardis, one of the attorneys for the Plaintiff, Gayle N. Robbins, hereby certify that I have this day electronically filed the above and foregoing Motion to Withdraw as Counsel and to Stay Deadlines with the Clerk of the Court using the ECF system which sent notification of such filing to counsel who have electronically registered with the Court:

Patrick M. Ardis
Kip E. Whittemore
Daniel V. Parish
Wolff Ardis, P.C.
5810 Shelby Oaks Drive
Memphis, Tennessee 38134

Daniel T. DeFeo
DeFeo and Kolker, LLC
924 Main St.
Lexington, MO 64067

Rodney E. Loomer
Ty Zackery Harden
Sherry A. Rozell
Turner and Reid
1355 E. Bradford Parkway
Suite A
Springfield, MO 65804

DATED, this the 5th day of July, 2017.

                                                                     */s/ Patrick M. Ardis*